# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **EDWARD TYRONE RIDLEY,**  *Plaintiff*,  v.  **COLUMBIAN LIFE INSURANCE COMPANY,**  *Defendant*. | **CIVIL ACTION NO. 5:21-cv-00131-TES** |

### ORDER ON DEFENDANT'S MOTIONS TO APPOINT COUNSEL

Plaintiff Edward Tyrone Ridley ("Ridley"), a prisoner at Wilcox State Prison proceeding *pro se*, sued Columbian Life Insurance Company ("Columbian") in Wilcox County Superior Court for fraud related to his mother's life insurance policy. [Doc. 1]. Columbian removed to this Court. [Doc. 1]. Columbian has moved for summary judgment [Doc. 5], and Ridley has twice moved for the Court to appoint him counsel. [Doc. 6]; [Doc. 8].

"The court *may* request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1) (emphasis added). "Appointment of counsel in a civil case is not a constitutional right," and it is "justified only by exceptional circumstances." *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985) (quoting *Mekdeci v. Merrell National Laboratories*, 711 F.2d 1510, 1522 n. 19 (11th Cir. 1983) and *Lopez v. Reyes*, 692 F.2d 15, 17

(5th Cir. 1982)). Because the essential facts and legal doctrines of this case are ascertainable without the assistance of court-appointed counsel, the Court **DENIES** Ridley's two Motions to Appoint Counsel. [Doc. 6]; [Doc. 8].

    **SO ORDERED**, this 3rd day of May, 2021.

                                        S/Tilman E. Self, III
                                        **TILMAN E. SELF, III, JUDGE**
                                        **UNITED STATES DISTRICT COURT**